■ STEVEN MOLITERNO, an Infant, by DANIEL MOLITERNO, His Father and Natural Guardian, et al., Respondents, v. RALPH PETRELLESE, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Westchester County, dated November 30, 1970, which granted plaintiffs' motion to set aside, for inadequacy, a jury verdict in their favor and ordered a new trial for assessment of damages only. Order affirmed, with costs. No opinion. No questions of fact were considered. Rabin, P. J., Hopkins, Munder, Gulotta and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CARLUCCI, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated March 25, 1969, which directed that the application is withdrawn with prejudice. Order affirmed. The determination of the Justice at the Criminal Term that the withdrawal was with prejudice does not bar any application by defendant for the same *coram nobis* relief, in view of the fact that there was no hearing on the merits. Munder, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCIOUS McDANIEL, Appellant.— Judgment of the Supreme Court, Kings County, rendered December 8, 1970, affirmed. (*People* v. *Vetrano*, 20 N Y 2d 698.) Munder, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP BANKS, Appellant, v. JOHN L. ZELKER, as Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated February 3, 1971, which dismissed the writ. Appeal dismissed, without costs, as moot. Relator was released prior to the submission of this appeal. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.